UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEALANI DISTRIBUTION LLC, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:22-CV-856-SDJ |
| FOOD AND DRUG ADMINISTRATION, ET AL. | § § § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order on this date, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiffs Kealani Distribution LLC, Diamond Vapor LLC, Johnny Copper LLC, SWT Global Supply, Inc., Carolina Vapor Mull LLC, Carolina Vapor Mill Woodruff Road, CVM3 LLC, and United States Vaping Association, Inc.'s claims are hereby **DISMISSED with prejudice**.

All relief not previously granted is hereby **DENIED.**

This Order constitutes an appealable final judgment.

The Clerk is directed to close this civil action.

**So ORDERED and SIGNED this 12th day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE